IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE,<br>   Plaintiff,<br><br>   v.<br><br>CITY OF PHILADELPHIA; INDEPENDENCE BLUE CROSS; FIREFIGHTERS & PARAMEDICS LOCAL 22, FIREFIGHTERS & PARAMEDICS LOCAL 22 FUND, FIREFIGHTERS & PARAMEDICS LOCAL 22 HEALTH PLAN; FIREFIGHTERS & PARAMEDICS LOCAL 22 TRUST,<br><br>   Defendants | Case No. _____ |

**O R D E R**

AND NOW, this 2nd day of February 2024, upon consideration of the Motion of Plaintiff to Proceed Anonymously (ECF No. 2), and any Response thereto, it is hereby **ORDERED** and **DECREED** that the Plaintiff's Motion is **GRANTED.**

It is **FURTHER ORDERED** and **DECREED** as follows:

1. Plaintiff is permitted to file the Complaint so that the caption reflects the name of the Plaintiff as, "Jane Doe";

2. The parties shall file any and all pleadings and other documents with the Court using, "Jane Doe," for Plaintiff's name, and/or shall redact any pleadings and other documents filed of Plaintiff's name;

3. Plaintiff is permitted to redact Plaintiff's address from the Complaint, and any amendment thereto.

2

**BY THE COURT:**

*/s/ Wendy Beetlestone*

_____
WENDY BEETLESTONE, J.