IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA et al | : | NO.: 24-cv-0468 |

# O R D E R

**AND NOW**, this **18th** day of **APRIL 2024**, in accordance with the court's procedure for assignment of a United States Magistrate Judge to certain District Court Judges on a rotating basis, it is hereby,

**ORDERED** the United States Magistrate Judge assigned to the above-captioned case is <u>Magistrate Pamela A. Carlos.</u>

FOR THE COURT:

MITCHELL S. GOLDBERG
Chief Judge

ATTEST:

 /s/George Wylesol_____
GEORGE WYLESOL
Clerk of Court