IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE,<br>    **Plaintiff**,<br><br>v.<br><br>CITY OF PHILADELPHIA, INDEPENDENCE BLUE CROSS AND PHILADELPHIA FIREFIGHTERS' & PARAMEDICS UNIONI.A.F.F.., LOCAL 11,<br>    **Defendant.** | CIVIL ACTION<br><br><br><br>NO. 24CV468 |

## O R D E R

  **AND NOW**, this 19th day of April, 2024, upon consideration of the joint correspondence emailed to chambers on **April 17, 2024,** requesting to be referred to a Magistrate Judge, **IT IS HEREBY ORDERED** that said request is **GRANTED**, the parties shall contact Magistrate Judge Pamela A. Carlos by **April 27, 2024,** to schedule a settlement conference.

                     **BY THE COURT:**

                     **/s/Wendy Beetlestone, J.**

                     _____

                     **WENDY BEETLESTONE, J.**