IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CITY OF PHILADELPHIA,<br>INDEPENDENCE BLUE CROSS,<br>PHILADELPHIA FIREFIGHTERS' &<br>PARAMDEICS UNION, I.A.F.F., LOCAL 22<br>　　　　　Defendants. | CIVIL ACTION<br><br><br>NO.  24-0468 |

## O R D E R

**AND NOW**, this 15th day of May, 2024, upon consideration of Defendant the City of Philadelphia's Motion to Dismiss (ECF No. 20), Plaintiff Jane Doe's Response in Opposition (ECF No. 26), and the City of Philadelphia's Reply (ECF No. 31), the City of Philadelphia's Motion is **GRANTED**.  Doe's Amended Complaint (ECF No. 10) is **HEREBY DISMISSED WITHOUT PREJUDICE**.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone,  J.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**