IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JANE DOE
    V.
CITY OF PHILADELPHIA, et al

Civil Action No.  24-468 WB

ORDER

    Please be advised that the telephonic status conference in the above-captioned case scheduled to be held on **TUESDAY, JUNE 4, 2024, AT 2:30 PM** before the Honorable Pamela A. Carlos, United States Magistrate Judge, IS HEREBY CANCELED.

BY THE COURT:
ATTEST

/ss/ CARLENE L. KOHUT
DEPUTY CLERK TO PAMELA A. CARLOS, USMJ
FOR INFORMATION CONTACT CHAMBERS
Phone: 610-434-3823
FAX: 610-434-5152

Date:  May 17, 2024