IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE,<br>    **Plaintiff,**<br><br>v.<br><br>CITY OF PHILADELPHIA,<br>INDEPENDENCE BLUE CROSS,<br>PHILADELPHIA FIREFIGHTERS' &<br>PARAMDEICS UNION, I.A.F.F., LOCAL 22<br>    **Defendants.** | CIVIL ACTION<br><br><br><br>NO.  24-0468 |

## O R D E R

**AND NOW**, this 17th day of June, 2024, the Defendant, Independence Blue Cross, no later than July 1, 2024, shall supplement its briefing on its Motion to Dismiss Plaintiff's Second Amended Complaint to include a discussion of the impact of *Muldrow v. City of St. Louis, Missouri, et al.,* 144 S.Ct. 967 (Apr. 17, 2024) on its argument that Plaintiff has not alleged an adverse employment action.  Plaintiff shall have until July 8, 20024 to respond.

                   **BY THE COURT:**

                   /s/Wendy Beetlestone, J.

                   **WENDY BEETLESTONE, J.**