IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF PHILADELPHIA,<br>INDEPENDENCE BLUE CROSS,<br>PHILADELPHIA FIREFIGHTERS' &<br>PARAMDEICS UNION, I.A.F.F., LOCAL 22<br>　　　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO.  24-0468 |

## O R D E R

**AND NOW**, this 2nd day of August, 2024, upon consideration of Defendant Independence Blue Cross's Motion to Dismiss (ECF No. 44), Plaintiff Jane Doe's Response in Opposition (ECF No. 53), Independence Blue Cross's Reply in Support (ECF No. 59), and Doe's Surreply (ECF No. 60), it is **HEREBY ORDERED** as follows:

1. Defendant's Motion is **GRANTED** with respect to Counts II and V of the Second Amended Complaint, alleging that Independence Blue Cross violated Title VII of the Civil Rights Act of 1964 and the Philadelphia Fair Practices Ordinance.  Counts II and V are **DISMISSED WITH PREJUDICE**.

2. Defendant's Motion is **DENIED** with respect to Counts VII and VIII of the Second Amended Complaint, alleging that Independence Blue Cross violated Section 1557 of the Affordable Care Act.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**