IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 2:24-cv-00468-WB |
| | : | |
| CITY OF PHILADELPHIA, *et al.* | : | |

## STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT, CITY OF PHILADELPHIA

The parties hereby jointly submit and file the following Stipulation of Voluntary Dismissal of Defendant, City of Philadelphia, from this action.

Respectfully submitted,

*/s/ Justin F. Robinette*

Justin Robinette, Esquire
One Liberty Place
1650 Market Street, Suite 3600
PMB #2494
Philadelphia, PA 19103
Tel: (267) 595-6254
Fax: (267) 592-3067
Justin@JRobinetteLaw.com

*Attorney for Plaintiff*

Dated: 08/09/2024

Joe H. Tucker, Jr., Esquire
Nancy Fisher, Esquire
Tucker Law Group
1801 Market St., Ste. 2500
Philadelphia, PA 19103
Tel: (215) 875-0609

Marjorie M. Obod, Esquire
Dilworth Paxson LLP
1500 Market St., Ste. 3500E
Philadelphia, PA 19102
Tel: (215) 575-7000
Fax: (215) 575-7200
mobod@dilworthlaw.com

*Attorneys for Defendant, City of Philadelphia*

Dated:

John R. Bielski, Esquire
Willig, Williams & Davidson
1845 Walnut St., 24th Fl.
Philadelphia, PA 19103
Tel: (215) 656-3600

jtucker@tlgattorneys.com
nfisher@tlgattorneys.com

*Attorneys for Defendant,
Independence Blue Cross*

Dated: August 12, 2024

jbielski@wwdlaw.com

*Attorneys for Defendant, Philadelphia
Firefighters' & Paramedics' Union, I.A.F.F.,
Local 22*

Dated: