

**JUSTIN ROBINETTE,** Esquire

August 13, 2024

**<u>VIA ELECTRONIC CASE FILING</u>**

The Honorable Wendy Beetlestone
United States District Court
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106-1797

      **Re:**    ***Jane Doe v. City of Philadelphia, et al.*** <u>Case No. 2:24-cv-00468-WB</u>

Dear Judge Beetlestone:

    Please accept this correspondence on behalf of Plaintiff to inform the Court that the above-named matter has resolved. I am writing to please request entry of an Order pursuant to Eastern District of Pennsylvania Local Rule of Civil Procedure 41.1(b).

    Thank you for your kind attention to this matter. Please do not hesitate to contact me with any questions or concerns.

                          Very truly yours,

                          *Justin F. Robinette*

                        JUSTIN F. ROBINETTE, Esquire

cc:    Joe Tucker, Esquire
       Marjorie Obod, Esquire
       John Bielski, Esquire