IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANE DOE,** | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| v. | : | NO. 24-468 |
| **CITY OF PHILADELPHIA** *et al.*, | : | |
| *Defendants*. | : | |

## ORDER

**AND NOW,** this 19th day of August 2024, it having been reported that the issues between the parties have been settled, and pursuant to the provisions of Local Civil Rule 41.1(b), it is

**ORDERED** that the above action is **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel.

The Clerk of Court is directed to mark this case closed.

BY THE COURT:

*/s/ Wendy Beetlestone*
**WENDY BEETLESTONE, J.**
**DISTRICT COURT JUDGE**